In the Matter of ISIDORE NAGLER et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

AMERICAN LABOR PARTY, Intervener, Appellant.

Argued October 27, 1937; decided October 27, 1937.

*Walter M. Weis* for Isidore Nagler et al., appellants.

*Emil Schlesinger* and *Matthew M. Levy* for American Labor Party, intervener, appellant.

*Paul Windels, Corporation Counsel (Robert H. Schaffer* of counsel), for David B. Costuma, a member of the Board of Elections of the City of New York, in support of appellants.

*Walter A. Lynch* for Bernard McDonnell, respondent.

*John J. Bennett, Jr., Attorney-General,* for S. Howard Cohen et al., as members of the Board of Elections of the City of New York, respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.